E-FILED
Friday, 24 February, 2006 02:51:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 06-300 18 |
| ) | VIO: 29 U.S.C. § 439(b) |
| RYAN L. BUTTERFIELD, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this Information the Brotherhood of Locomotive Engineers International Division 135 (BLE Division 135) was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. That from January 27, 2001 to January 30, 2004, in Cass County within the Central District of Illinois, the defendant,

**RYAN L. BUTTERFIELD,**

while an officer, that is secretary-treasurer of BLE Division 135, did make and cause to be made false statements and representations of material fact knowing to be false in a report and document required to be filed by BLE Division 135 with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-3.

In violation of Title 29, United States Code, Section 439(b).

s/Gregory Gilmore
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG